| | | |
|---|---|---|
| STATE OF CONNECTICUT | : ss: | CITY OF HARTFORD |
| COUNTY OF HARTFORD | : | |
| | : | September 23, 2019 |

## AFFIDAVIT

I, Daniel Prather, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, Hartford Field Office, having been duly sworn, state:

### INTRODUCTION

1.  I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed by ATF for approximately eighteen years, the last sixteen years as a Special Agent. I have a Bachelors of Art degree in Criminal Justice, and have completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training program, both of which are conducted at the Federal Law Enforcement Training Center in Glynn County, Georgia. I have received specialized training in firearms identification and the investigation of firearms-related offenses. I have participated in investigations involving the unlawful possession of firearms by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts. I have participated in investigations involving individuals who unlawfully possess firearms, of individuals illegally selling firearms, and of individuals distributing illegal drugs. As such, I have coordinated the controlled purchases of illegal firearms and narcotics utilizing confidential sources, cooperating witnesses

and undercover law enforcement officers; written, obtained and coordinated the execution of search and arrest warrants pertaining to individuals involved in the illegal possession and distribution of firearms and narcotics; conducted electronic and physical surveillance of individuals involved in illegal drug distribution; analyzed records documenting the purchase and sale of firearms and illegal drugs; provided testimony, both in Grand Jury proceedings and District Court proceedings; and spoke with informants and subjects, as well as local, state and federal law enforcement officers, regarding the manner in which individuals obtain, finance, store, manufacture, transport, and distribute their illegal firearms and drugs. In addition, I have been involved in the investigation of street gangs, including gangs with a national presence as well as locally-based gangs. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

2. I am currently assigned to the ATF Hartford Field Office and I am assisting in an investigation being conducted by the Connecticut State Police and the Hartford and the Vernon Police Department into the possession of stolen firearms.

3. This affidavit sets forth facts and evidence that are relevant to the requested arrest warrants, but does not set forth all of the facts and evidence that I have gathered during the course of the investigation of this matter. Rather, I have only set forth the facts that are necessary to establish probable cause to support the issuance of a criminal complaint and arrest warrants.

4. I submit this affidavit in support of a criminal complaint and arrest warrants for **DAMIEN GARCIA,** with a date of birth xx/xx/1986 and for **LAWRENCE MCEWEN**, with a date of birth of xx/xx1982, for the following offenses: (1) Possession of a Firearm by a

Convicted Felon; and (2) Possession of a Stolen Firearm, in violation of Title 18 U.S.C. Sections 922(g)(1), 922(j) and 924(a)(2).

## RELEVANT FACTS

5.    On the morning September 15, 2019, the Connecticut State Police Troop C Barracks in Stafford, CT received a call for a complaint of burglary that had occurred the previously evening at Simon Says Pawn Shop, located at 44 West Stafford Road in Stafford, CT, a Federal Firearms Licensee. The complainants stated that the suspects entered the store by breaking through a side, glass door.  They stated that a total of seven handguns were stolen, including a Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing S/N PBT5674. A review of video surveillance cameras showed what appeared to be two male suspects in the front parking lot of Simon Says.  A few moments later, the two suspects are briefly on a video surveillance camera entering through the side entrance.  These two individuals are seen exiting through the same door approximately one minute later.

## INVESTIGATIVE ACTIVITY

6.    On September 17, 2019, Officers of the Vernon Police Department (VPD) received information from a source that Damien GARCIA was the individual who committed the burglary at Simon Says Pawn shop and that he was in possession of a firearm[1]. The source further requested that the Vernon Police Department meet him/her and that the source was going to then meet GARCIA at 226 West Main Street in Vernon and that GARCIA was looking to sell

---

1 It should be noted that Damien GARCIA was at Simon Says Pawn Shop during the day on September 14, 2019. The complainants had noted to the responding CSP officers that GARCIA, who never identified himself, had come into the store to pawn some items.  They told him that he needed to produce identification to pawn the items. GARCIA reported that he did not have identification and left, but returned a short time later with an associate who had identification and pawned the items for him. GARCIA was captured on video surveillance both times. The complainants noted that GARCIA had appeared agitated and possibly under the influence. They also noted that GARCIA had seen the display case full of pistols which was located in a back room of the pawn shop.

3

a firearm that he was in possession of. Officers also determined that GARCIA had an active felony warrant for Burglary 3rd.

7.  On that same date, investigators from the Vernon Police Department initiated surveillance of 226 West Main Street. At approximately 2030 hours, investigators observed two males in front of the residence smoking cigarettes. Approximately 10 – 15 minutes later, investigators observed the two males start to walk east on West Main Street. Officers believed that one of the two males matched the description of GARCIA. At that time officers, wearing clothing that readily identified them as law enforcement, approached the males and called out for GARCIA. Both males then began to run away from the investigators, who gave them commands to stop and to get on the ground. GARCIA ran several steps and then surrendered. The second male, who was later identified as Lawrence MCEWEN, ran behind 126 West Main Street to the driveway of 118 Main Street where he was apprehend. While officers were pursuing MCEWEN, they heard a loud bang, as if MCEWEN had thrown something while they were running. After MCEWEN was stopped by officers they asked him if he had anything illegal on his person and he stated that he had his "rig" in his right pocket, referring to a hypodermic needled he had on his person for intravenous drug use. Investigators, with assistance from a K9 officer, conducted a canvass of the arrest area and located a Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing S/N PBT5674, in the yard of 118 West Main Street, approximately twenty-five feet from where MCEWEN was apprehended.

8.  An NCIC query for the Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing S/N PBT5674 determined that it had been reported stolen from Simon Says Pawn Shop on September 14, 2019.

9. On that same date, both MCEWEN and GARCIA were taken into custody and transported to the Vernon Police Department where they were each advised of their Miranda rights, which they waived. MCEWEN told investigators that he had nothing to do with the burglary of Simon and Says Pawn shop but that GARCIA did. MCEWEN stated that GARCIA owed him money and that before they had been apprehended by police, he and GARCIA had planned to travel to Hartford to trade the Smith and Wesson pistol for heroin. MCEWEN stated he had been carrying the pistol because GARCIA had essentially provided it to him to pay off his debt but they were only going to use the gun to acquire more heroin. MCEWEN stated that both he and GARCIA were heroin addicts. MCEWEN also implied to investigators that he knew where in Hartford GARCIA had sold the additional firearms he had stolen but stated that he did not have the ability to help recover them.

10. Investigators then spoke to GARCIA who admitted to having stolen a pickup truck in Hartford and that he drove it to Simon Says Pawn Shop in Stafford and left it there. GARCIA also admitted to being present in the Simon Says Pawn Shop on Saturday, September 14, 2019, but denied any involvement in the burglary. Investigators then told GARCIA that they believed that GARCIA had taken guns and traded them for heroin in Hartford because he was sick from heroin abuse. GARCIA stated, "Yeah, pretty much". GARCIA then stated that he had sold all of the guns except for the one he and Lawrence MCEWEN had been caught with and another that he had given to MCEWEN's brother, John MCEWEN, who in turn sold the firearm in Hartford, CT. GARCIA continued to deny involvement in the burglary but acknowledged he knew who did it and stated, "obvious, I got rid of the things in Hartford." Investigators then asked GARCIA to help them recover the guns before they could be used in a crime at which

point he could be implicated as an accomplice. GARCIA replied by saying, "They're not gonna get the guns".

11.     This affiant conducted a criminal history query for Damien GARCIA and Lawrence MCEWEN and determined that they are both convicted felons with several felony convictions here in the State of Connecticut. Damien GARCIA was previously convicted of Possession of Narcotics, in violation of Connecticut General Statute 21a-279(a), sentenced on March 04, 2015 to sixteen (16) months jail; Burglary 3, in violation of Connecticut General Statute 53a-103, sentenced on February 24, 2011 to four (4) years jail, eighteen (18) months to serve, three (3) years probation and 150 hours of community service; Assault 2, in violation of Connecticut General Statute 53a-60, sentenced on May 21, 2003 to five (5) years jail, two (2) years to serve, concurrent and three (3) years probation; Carrying/Selling a Weapon, in violation of Connecticut General Statute 53-206, sentenced on May 21, 2003 to two (2) years jail, concurrent.

12.     Lawrence MCEWEN was previously convicted of five (5) counts of Burglary 3, in violation of Connecticut General Statute 53a-103, three (3) counts of Larceny 3, in violation of Connecticut General Statute 53a-124, two (2) counts of Larceny 2, in violation of Connecticut General Statute 53a-123, one (1) count of Burglary 2, in violation of Connecticut General Statute 53a-102, one (1) count of Robbery 1, in violation of Connecticut General Statute 53a-134, one (1) count of Risk of Injury, in violation of Connecticut General Statute 53-21, and one (1) count of Assault 2, in violation of Connecticut General Statute 53a-60. Lawrence MCEWEN was sentenced on July 19, 2001 for all of these crimes to five (5) years jail, concurrent on all the Burglary 3, Larceny 3, Larceny 2, Assault 2 and Risk of Injury charges; eight (8) years jail,

concurrent for the Burglary 2 charge, twelve (12) years jail minimum and six (6) years special parole concurrent for the Robbery 1 charge.

13.     Investigators contacted Smith and Wesson and determined that the Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing S/N PBT5674 was made in Connecticut and then transferred to Smith and Wesson in Springfield, MA for assembly and, therefore, traveled in interstate commerce.

## CONCLUSION

14.     It is this affiant's belief that **LAWRENCE MCEWEN** and **DAMIEN GARCIA**, on or about September 17, 2019, both being previously convicted felons, possessed a firearm that they knew to be stolen and said firearm affected interstate commerce.

15.     As set forth above, there is probable cause to believe and I do believe that **LAWRCENCE MCEWEN** and **DAMIEN GARCIA** committed the offenses set forth herein and therefore respectfully request the issuance of the specified criminal complaints and arrest warrants.

16. I believe that public disclosure of this Affidavit, the requested criminal complaint or the requested arrest warrant may compromise the ongoing investigation; cause suspects to flee in order to avoid apprehension; cause individuals to destroy physical evidence or conceal proceeds of criminal activity; and jeopardize the safety of cooperating witlessness and law enforcement officers. I therefore respectfully request that the Court order that this Affidavit, the requested criminal complaint, and the requested arrest warrant be sealed under further order of the Court.

~~Gregory J. Macksoud~~ Daniel Prather
ATF Special Agent

Sworn to and subscribed before me on this the 23rd day of September 2019.

/s/ Robert M. Spector
ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE